## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| THEODORE POTTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, Theodore Potts, by and through undersigned counsel, and for his complaint against the Defendant, Portfolio Recovery Associates, LLC, Plaintiff states as follows:

### I.     PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 *et seq*. ("FDCPA").

### II.     JURISDICTION & VENUE

2. Jurisdiction arises under 15 U.S.C. § 1692 and pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this District in that Plaintiff resides here, Defendant transacts business here, and the conduct complained of occurred here.

### III.     PARTIES

4. Theodore Potts ("Plaintiff") is a natural person who resides in Shawnee, Kansas.

5. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

6. Portfolio Recovery Associates, LLC ("PRA") is a business entity engaged in the collection of consumer debt within the State of Kansas.

7. PRA is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6) in that it is an entity of which its "principal purpose" is the collection of consumer debts.

## IV.   ALLEGATIONS

8. The debt allegedly owed by Plaintiff, namely a retail credit card debt allegedly incurred through Best Buy ("the Debt"), was for personal, family, or household services and is therefore a "debt" as that term is defined by the FDCPA, 15. U.S.C. § 1692a(5).

9. The debt was the subject of a collection lawsuit filed in Sedgwick County, Kansas "limited actions" division by PRA on May 8, 2015.  Sedgwick County identified the case as 2015-LM-006600-CS.

10. On or about September 2, 2015, the Sedgwick County Court entered an Order of default judgment in favor of Defendant PRA.

11. On or about December 28, 2016, the Sedgwick County Court entered an Order titled "Satisfaction of Judgment", Kansas District Court (Case No.: 2015-LM-006600-CS) evidencing payment in full of the outstanding balance.

12. Later that same date, the Court notated the case "closed" on the electronic docketing system.

13. On or about May 19, 2017, PRA contacted Plaintiff directly via letter to confirm that Plaintiff's account, which was numbered at 7001191979520187, had been paid in full with a due balance of $0.00.

14. On or about May 22, 2017, PRA again contacted Plaintiff via letter to inform the Plaintiff that the Plaintiff's account (same account number ending in 0187), had a balance due of $285.45.  It further sought payment of this balance immediately.

15. On or about June 13, 2017, PRA contacted Plaintiff a third time, via letter to confirm that Plaintiff's account, ending in 0187, had been settled with a due balance of $0.00.

16. On or about July 7, 2017, PRA corresponded about this alleged debt a fourth time, via letter to Plaintiff's attorney.  In that correspondence, PRA again states that there is a balance due of $285.45, in clear contradiction to the docket entry of satisfaction.

17. These numerous communications by PRA violated 15 U.S.C. § 1692e(2) and 15 U.S.C. § 1692f(1), in that PRA made prohibited representations of the character, amount, or legal status of the alleged debt and attempted collection of  a debt not permitted by law.

## V.    JURY DEMAND

18. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

## VII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Theodore Potts, respectfully prays for judgment as follows:

a.  All actual compensatory damages suffered pursuant to 15 U.S.C. § 1692k(a)(1) from PRA and for Plaintiff;

b.  Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) from PRA and for Plaintiff;

c.  Plaintiff's attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from PRA and for Plaintiff;

d.  Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,

**CREDIT LAW CENTER**

**By:  /s/ Tom Addleman**
Tom Addleman  #21104
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO  64064
Telephone:  816-246-7800
Facsimile:  855-523-6884
toma@creditlawcenter.com
**Attorney for Plaintiff**