IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THEODORE POTTS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | )    JURY TRIAL DEMANDED |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| DEFENDANT. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, with the stipulation and agreement of all Defendants, hereby dismisses this action with prejudice, each party to bear its own costs.

Respectfully submitted,

**CREDIT LAW CENTER LLC**

**By: /s/ Thomas A. Addleman**
**Thomas A. Addleman  #21104**
**4041 NE Lakewood Way, Suite 200**
**Lee's Summit, MO  64064**
**Telephone:  816-246-7800**
**Facsimile:  855-523-6884**
**TomA@CreditLawCenter.com**

**Attorney for Plaintiff**

**AND**

**By: s/ Joshua C. Dickinson**
**Joshua C. Dickinson       KS Bar No. 20632**
**Kersten L. Holzhueter     KS Bar No. 24885**
**1000 Walnut, Suite 1400**
**Kansas City, MO 64106**
**Telephone: (816) 474-8100**
**Facsimile: (816) 474-3216**
**E-mail: jdickinson@spencerfane.com**
**kholzhueter@spencerfane.com**

-2-

**Attorney for Defendant**

CERTIFICATE OF SERVICE

I certify that on this 23rd day of January, 2018 I electronically filed this Dismissal using the CM/ECF system, which sent notice of electronic filing to the following:

SPENCER FANE LLP

By: s/ Joshua C. Dickinson
Joshua C. Dickinson        KS Bar No. 20632
Kersten L. Holzhueter     KS Bar No. 24885
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com kholzhueter@spencerfane.com

ATTORNEYS FOR DEFENDANT


/s/ Thomas A. Addleman
*Attorney for Plaintiff*